# Exhibit A

**Paramount Copyrights**

| Title | Registration No. | Registration Date | Registrant |
|---|---|---|---|
| Get Rich or Die Tryin' | PA 1-303-932 | 11/09/2005 | Paramount Pictures Corp. |
| Grease | PA 16-189 | 10/20/1978 | Paramount Pictures Corp. |
| Mean Girls | PA 1-233-942 | 07/12/2004 | Paramount Pictures Corp. |
| Mission: Impossible | PA 800-002 | 06/17/1996 | Paramount Pictures Corp. |
| Rango | PA 1-721-903 | 03/04/2011 | Paramount Pictures Corp. |
| Shooter | PA 1-365-148 | 03/23/2007 | Paramount Pictures Corp. |
| Super 8 | PA 1-736-434 | 06/09/2011 | Paramount Pictures Corp. |
| Teenage Mutant Ninja Turtles | PA 1-906-688 | 08/08/2014 | Paramount Pictures Corp. |
| The Truman Show | PA 799-052 | 07/20/1998 | Paramount Pictures Corp. |
| Top Gun | PA 293-347 | 06-17-1986 | Paramount Pictures Corp. |
| Transformers: Age of Extinction | PA 1-900-860 | 06/27/2014 | Paramount Pictures Corp. |
| True Grit (2010) | PA 1-712-295 | 12/22/2010 | Paramount Pictures Corp. |
| Varsity Blues | PA 933-219 | 03/30/1999 | Paramount Pictures Corp. |
| Wayne's World | PA 560-628 | 02/18/1992 | Paramount Pictures Corp. |
| Without a Paddle | PA 1-238-113 | 09/16/2004 | Paramount Pictures Corp. |

**WBEI Copyrights**

| Title | Registration No. | Registration Date | Registrant |
|---|---|---|---|
| Arrow Season 3 Episode 1 ("The Calm") | PA 1-930-891 | 11/03/2014 | WBEI |
| Arrow Season 3 Episode 17 ("Suicidal Tendencies") | Not assigned yet. | 04/15/2015 | WBEI |
| Batman: The Animated Series Season 1 Episode 1 ("The Cat and the Claw") | PA 582-970 | 09/09/1992 | WBEI, successor-in-interest to Warner Bros., a division of Time Warner Entertainment Company, L.P. |
| Chuck Season 5 Episode 1 ("Chuck Versus the Zoom") | PA 1-800-005 | 08/16/2012 | WBEI |
| Pretty Little Liars Season 5 Episode 1 ("EscApe From New York") | PA 1-914-092 | 07/09/2014 | WBEI |
| Static Shock Season 1 Episode 1 ("Shock to the System") | PA 1-079-581 | 03/26/2002 | WBEI |
| Teen Titans Season 5 Episode 1 ("Homecoming") | PA 1-753-013 | 09/13/2011 | WBEI |
| The Big Bang Theory Season 8 Episode 1 ("The Locomotion Interruption") | PA 1-926-780 | 10/03/2014 | WBEI |
| The Vampire Diaries Season 1 Episode 12 ("Unpleasantville") | PA 1-783-578 | 03/27/2012 | WBEI; CBS Studios Inc. |
| The Vampire Diaries Season 6 Episode 1 ("I'll Remember") | PA 1-929-214 | 10/15/2014 | WBEI; CBS Studios Inc. |
| Veronica Mars Season 3 Episode 1 ("Welcome Wagon") | PA 1-827-920 | 09/13/2012 | WBEI |
| American Sniper | PA 1-926-861 | 01/06/2015 | WBEI; Village Roadshow Films North America Inc.; Ratpac-Dune Entertainment LLC |
| Argo | PA 1-815-987 | 12/11/2012 | WBEI |

| Title | Registration No. | Registration Date | Registrant |
|---|---|---|---|
| Arthur | PA 1-755-219 | 10/25/2011 | WBEI |
| Blended | PA 1-895-708 | 05/23/2014 | WBEI; Ratpac-Dune Entertainment LLC |
| Due Date | PA 1-397-022 | 07/21/2014 | WBEI; Legendary Pictures Funding, LLC |
| Edge of Tomorrow | PA 1-897-252 | 06/03/2014 | WBEI; WV Films IV LLC; Ratpac-Dune Entertainment LLC |
| Focus | PA 1-933-384 | 02/27/2015 | WBEI; Ratpac-Dune Entertainment LLC |
| Get Hard | PA 1-936-880 | 03/27/2015 | WBEI; Ratpac-Dune Entertainment LLC |
| Gravity | PA 1-869-301 | 11/20/2013 | WBEI |
| Grudge Match | PA 1-872-976 | 01/06/2014 | WBEI |
| Hall Pass | PA 1-397-275 | 07/11/2012 | WBEI |
| Hereafter | PA 1-749-406 | 09/13/2011 | WBEI |
| Horrible Bosses | PA 1-397-259 | 07/16/2012 | WBEI |
| Horrible Bosses 2 | PA 1-923-818 | 11/26/2014 | WBEI; Ratpac Dune Entertainment LLC; Horrible Bosses 2 LLC |
| Inherent Vice | PA 1-926-161 | 12/19/2014 | WBEI; Interactivecorp Films, LLC; Ratpac-Dune |

| Title | Registration No. | Registration Date | Registrant |
|---|---|---|---|
| | | | Entertainment LLC |
| J. Edgar | PA 1-766-351 | 01/12/2012 | WBEI |
| Jupiter Ascending | PA 1-932-350 | 02/19/2015 | WBEI; Village Roadshow Films North America Inc.; Ratpac-Dune Entertainment LLC |
| Swordfish | PA 1-039-064 | 06/15/2001 | WV Films II LLC |
| Taking Lives | PA 1-222-771 | 04/02/2004 | WV Films III LLC |
| The Conjuring | PA 1-863-854 | 10/17/2013 | WBEI |
| The Dark Knight | PA 1-606-857 | 09/26/2008 | WBEI |
| The Hangover | PA 1-643-119 | 09/11/2009 | IFP Westcoast Erste GmbH & Co. KG |
| The Hobbit: The Battle of the Five Armies | PA 1-925-414 | 12/16/2014 | WBEI; Metro-Goldwyn-Mayer Pictures Inc. |
| Tim Burton's The Corpse Bride | PA 1-267-193 | 10/12/2005 | Patalex II Productions Limited |
| We're the Millers | PA 1-865-101 | 10/22/2013 | WBEI |

**Fox Copyrights**

| Title | Registration No. | Registration Date | Registrant |
|---|---|---|---|
| 24 Season 8 Episode 1 ("Day 8: 4:00 PM - 5:00 PM") | PA 1-668-321 | 2/4/2010 | Fox |
| American Dad Season 11 Episode 1 ("Roger Passes the Bar") | PA 1-926-288 | 9/23/2014 | Fox |
| Bones Season 10 Episode 1 ("The Conspiracy in the Corpse") | PA 1-930-810 | 10/29/2014 | Fox |
| Family Guy Season 13 Episode 1 ("The Simpsons Guy") | PA 1-933-099 | 10/30/2014 | Fox |
| Family Guy Season 13 Episode 13 ("Dr. C and the Women") | N/A | N/A | Fox |
| It's Always Sunny in Philadelphia Season 10 Episode 9 ("Frank Retires") | N/A | N/A | Bluebush Productions LLC |
| It's Always Sunny in Philadelphia Season 7 Episode 1 ("Frank's Pretty Woman") | PA 1-753-395 | 10/7/2011 | Bluebush Productions LLC |
| The Simpsons Season 22 Episode 1 ("Elementary School Musical") | PA 1-704-118 | 10/20/2010 | Fox |
| The Simpsons Season 25 Episode 1 ("Homerland") | PA 1-887-795 | 11/26/2013 | Fox |
| The Simpsons Season 26 Episode 1 ("Clown in the Dumps") | PA 1-932-077 | 10/30/2014 | Fox |
| The Simpsons Season 26 Episode 17 ("Waiting for Duffman") | N/A | N/A | Fox |
| Abraham Lincoln: Vampire Hunter | PA 1-791-872 | 6/22/2012 | Fox |
| Avatar | PA 1-395-488 | 4/28/2010 | Fox |
| Bedazzled | PA 1-084-867 | 4/29/2002 | Fox; Monarchy Enterprises S.a.r.l; Regency Entertainment (USA) Inc; TCF Hungary |
| Black Swan | PA 1-709-015 | 12/1/2010 | Fox; CCP Black Swan Investments LLC |

5

| Title | Registration No. | Registration Date | Registrant |
|---|---|---|---|
| Die Hard: With a Vengeance | PA 699-323 | 5/17/1995 | Fox; TCF Hungary |
| Epic | PA 1-397-397 | 6/13/2013 | Fox |
| Fantastic Four (2005) | PA 1-281-340 | 7/7/2005 | Fox; KUMAR Mobiliengesellschaft mbH & Co Projekt Nr. 3 KG |
| Gone Girl | PA 1-916-822 | 10/3/2014 | Fox; Regency Entertainment (USA) Inc; Monarchy Enterprises S.a.r.l; TSG Entertainment Finance LLC |
| Ice Age II: The Meltdown | PA 1-306-625 | 3/31/2006 | Fox |
| Kingsman: The Secret Service | PA 1-932-938 | 2/3/2015 | Fox; TSG Entertainment Finance LLC |
| Let's Be Cops | PA 1-908-330 | 8/19/2014 | Fox; TSG Entertainment Finance LLC |
| Monte Carlo | PA 1-737-667 | 6/17/2011 | Fox; Regency Entertainment (USA) Inc; Monarchy Enterprises S.a.r.l |
| Predators | PA 1-683-294 | 6/30/2010 | Fox |
| Rio | PA 1-726-211 | 3/30/2011 | Fox; TCF Hungary |
| Sleeping with the Enemy | PA 506-004 | 2/5/1991 | Fox; TCF Hungary |
| Speed | PA 693-038 | 6/3/1994 | Fox; TCF Hungary |
| The Counselor | PA 1-866-487 | 10/25/2013 | Fox; TSG |

| Title | Registration No. | Registration Date | Registrant |
|---|---|---|---|
|  |  |  | Entertainment Finance LLC |
| The Devil Wears Prada | PA 1-322-656 | 6/26/2006 | Fox |
| The Maze Runner | PA 1-913-113 | 9/16/2014 | Fox; TSG Entertainment Finance LLC |
| The Other Woman | PA 1-889-874 | 4/18/2014 | Fox; TSG Entertainment Finance LLC |
| The Way Way Back | PA 1-846-739 | 7/3/2013 | Fox; TSG Entertainment Finance LLC |
| X-Men: First Class | PA 1-734-786 | 5/27/2011 | Fox |
| Young Frankenstein | LP 44-007 | 1/27/1975 | Fox; TCF Hungary |

**CPII Copyrights**

| Title | Registration No. | Registration Date | Registrant |
|---|---|---|---|
| After Earth | PA 1-841-452 | 5/31/13 | Columbia Pictures Industries, Inc. |
| Anaconda | PA 837-191 | 5/15/97 | Columbia Pictures Industries, Inc. |
| Annie (2014) | PA 1-925-457 | 12/17/14 | Columbia Pictures Industries, Inc. |
| Bad Boys | PA 699-273 | 5/2/95 | Columbia Pictures Industries, Inc. |
| Cable Guy | PA 799-999 | 7/9/96 | Columbia Pictures Industries, Inc. |
| Click | PA 1-322-657 | 6/23/06 | Columbia Pictures Industries, Inc. |
| Joe Dirt | PA 1-035-381 | 5/14/01 | Columbia Pictures Industries, Inc. |
| Just Go With It | PA 1-718-291 | 2/10/11 | Columbia Pictures Industries, Inc. |
| The Amazing Spider-Man | PA 1-793-261 | 6/29/12 | Columbia Pictures Industries, Inc. |
| The Amazing Spider-Man 2 | PA 1-889-675 | 4/16/14 | Columbia Pictures Industries, Inc. |
| The Other Guys | PA 1-689-167 | 8/5/10 | Columbia Pictures Industries, Inc. |

**Universal Copyrights**

| Title | Registration/ Preregistration No. | Registration/ Preregistration Date | Registrant |
|---|---|---|---|
| 30 Rock, Season 6 Episode 12 ("St. Patrick's Day") | PA 1-780-360 | 12-Feb-2013 | NBC Studios LLC |
| 30 Rock, Season 7 Episode 11 ("A Goon's Deed in a Weary World") | PA 1-830-238 | 22-Mar-2012 | NBC Studios LLC |
| Fairly Legal, Season 2 Episode 13 ("Finale") | PA 1-795-476 | 01-Jul-2012 | Universal Network Television LLC |
| House M.D., Season 8 Episode 14 ("Love is Blind") | PA 1-780-401 | 22-Mar-2012 | Universal Network Television LLC |
| Law & Order, Season 13 Episode 1 ("Scorched Earth") | PA 1-754-791 | 04-Oct-2011 | Universal Network Television LLC |
| 47 Ronin | PA 1-871-428 | 09-Dec-2013 | Universal City Studios Productions LLP |
| Big Miracle | PA 1-773-327 | 02-Feb-2012 | Universal City Studios Productions LLP |
| Dracula Untold | PA 1-919-035 | 07-Oct-2014 | Universal City Studios Productions LLP |
| E.T. The Extra Terrestrial | Pau 476-751 | 03-Aug-751 | Universal City Studios, Inc. |
| Get On Up | PA 1-909-996 | 01-Aug-2014 | Universal City Studios Productions LLP |
| Half Baked | PA 870-529 | 13-Jan-1998 | Universal City Studios, Inc. |
| Hot Fuzz | PA 1-367-904 | 13-Apr-2007 | Universal City Studios, LLLP |
| Identity Thief | PA 1-833-909 | 08-Feb-2013 | Universal City Studios Productions |

9

| Title | Registration/ Preregistration No. | Registration/ Preregistration Date | Registrant |
|---|---|---|---|
| | | | LLLP |
| Kick-Ass 2 | PA 1-864-885 | 14-Aug-2013 | Universal City Studios Productions LLLP |
| Ouija | PA 1-923-049 | 23-Oct-2014 | Universal City Studios Productions LLLP |
| The Bourne Legacy | PA 1-804-591 | 08-Aug-2012 | Universal City Studios Productions LLLP |
| The Chronicles of Riddick | PA 1-225-471 | 21-Jun-2004 | Universal City Studios LLLP |
| The Theory of Everything | PA 1-929-676 | 07-Nov-2014 | Universal City Studios LLC |
| Unbroken | PA 1-929-672 | 29-Dec-2014 | Universal City Studios Productions LLLP |
| Your Highness | PA 1-730-021 | 08-Apr-2011 | Universal City Studios Productions LLLP |
| Jurassic World | PRE000007974 | 5/27/2015 | Universal City Studios Productions LLLP, Amblin Entertainment LLC |
| Ted 2 | PRE000008010 | 6/11/2015 | MRC II Distribution Company L.P., Universal City Studios Productions LLLP |
| Minions | PRE000008012 | 6/11/2015 | Universal City Studios Productions LLLP |

**DEI Copyrights**

| Title | Registration No. | Registration Date | Registrant |
|---|---|---|---|
| Lost Season 4 Episode 1 ("The Beginning of the End") | PA1601416 | 3/12/2008 | Disney Enterprises, Inc. |
| Lost Season 6 Episode 1 ("LA X") | PA1698878 | 9/16/2010 | Disney Enterprises, Inc. |
| Scrubs Season 1 Episode 24 ("My Last Day") | PA1097274 | 10/11/2002 | Touchstone Television (an alternate designation of Disney Enterprises, Inc.) |
| Scrubs Season 8 Episode 1 ("My Jerks") | PA1654378 | 4/10/2009 | Disney Enterprises, Inc. |
| Ugly Betty Season 3 Episode 1 ("The Manhattan Project") | PA1651358 | 10/10/2008 | Disney Enterprises, Inc. |
| Big Hero 6 | PA1923820 | 11/14/2014 | Disney Enterprises, Inc. |
| Bolt | PA1617950 | 12/16/2008 | Disney Enterprises, Inc. |
| Frankenweenie | PA1811293 | 10/22/2012 | Disney Enterprises, Inc. |
| Frozen | PA1871077 | 12/9/2013 | Disney Enterprises, Inc. |
| Into the Woods | PA1932175 | 2/11/2015 | Disney Enterprises, Inc. |
| John Carter | PA1780295 | 4/4/2012 | Disney Enterprises, Inc. |
| Maleficent | PA1899203 | 6/10/2014 | Disney Enterprises, Inc. |
| Million Dollar Arm | PA1898148 | 6/5/2015 | Disney Enterprises, Inc. |
| Pirates of the Caribbean: On Stranger Tides | PA1737564 | 6/15/2011 | Disney Enterprises, Inc. |
| Planes | PA1856767 | 8/20/2013 | Disney Enterprises, Inc. |
| The Village | PA1233786 | 9/10/2004 | Touchstone Pictures (an alternate designation of Disney Enterprises, Inc.) |

| Title | Registration No. | Registration Date | Registrant |
|---|---|---|---|
| Tron: Legacy | PA1713579 | 12/30/2010 | Disney Enterprises, Inc. |
| Tuck Everlasting | PA1080534 | 11/15/2002 | Disney Enterprises, Inc. |
| Unbreakable | PA1004607 | 12/22/2000 | Touchstone Pictures (an alternate designation of Disney Enterprises, Inc.) |
| Under the Tuscan Sun | PA1188388 | 11/14/2003 | Touchstone Pictures (an alternate designation of Disney Enterprises, Inc.) |
| Wreck-it Ralph | PA1814870 | 11/13/2012 | Disney Enterprises, Inc. |