UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; WARNER BROS. ENTERTAINMENT INC.; TWENTIETH CENTURY FOX FILM CORPORATION; COLUMBIA PICTURES INDUSTRIES, INC.; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL STUDIOS HOME ENTERTAINMENT LLC; and DISNEY ENTERPRISES, INC.,<br><br>                                Plaintiffs,<br>        v.<br><br>JOHN DOES, JANE DOES and/or XYZ CORPORATIONS d/b/a MOVIETUBE; and JOHN DOES, JANE DOES and/or XYZ CORPORATIONS 2-100,<br><br>                                Defendants. | CIVIL ACTION NO. 15-CV-5819 (PAC)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 7-29-15 |

## [PROPOSED] ORDER GRANTING LEAVE TO SERVE PROCESS BY EMAIL

Plaintiffs Paramount Pictures Corporation, Warner Bros. Entertainment Inc., Twentieth Century Fox Film Corporation, Columbia Pictures Industries, Inc., Universal City Studios LLC, Universal Studios Home Entertainment LLC, and Disney Enterprises, Inc. (collectively, "Plaintiffs"), having applied, on an *ex parte* basis, for an order granting leave to serve process on defendant defendants John Does, Jane Does and/or XYZ Corporations d/b/a MovieTube; and John Does, Jane Does and/or XYZ Corporations 2-100 (collectively, "Defendants") by email pursuant to Federal Rule of Civil Procedure 4(f)(3) (the "Email Service Order"), and the Court having reviewed the Complaint, Memorandum of Law in support of the Email Service Order, and supporting declarations and exhibits, it is hereby:

ORDERED that Plaintiffs may complete service of process of the Summons and Complaint and all papers in support of any motions submitted in this action on Defendants by electronic mail at the email address firestudio@ymail.com, through which Plaintiffs have communicated with Defendants. Plaintiffs have demonstrated that service by electronic mail to the email addresses firestudio@ymail.com will provide adequate notice to Defendants pursuant to Fed. R. Civ. P. 4.

Entered this 24th day of July, 2015.

Paul A. Crotty
JUDGE OF THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK