UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; WARNER BROS. ENTERTAINMENT INC.; TWENTIETH CENTURY FOX FILM CORPORATION; COLUMBIA PICTURES INDUSTRIES, INC.; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL STUDIOS HOME ENTERTAINMENT LLC; and DISNEY ENTERPRISES, INC.;<br><br>Plaintiffs<br>v.<br><br>JOHN DOES, JANE DOES and/or XYZ CORPORATIONS d/b/a MOVIETUBE; and JOHN DOES, JANE DOES and/or XYZ CORPORATIONS 2-100.<br><br>Defendants. | **CIVIL ACTION NO. 15-CV-5819 (PAC)**<br><br>**DECLARATION OF GEORGE P. WUKOSON IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER GRANTING LEAVE TO SERVE PROCESS BY EMAIL** |

GEORGE P. WUKOSON, under penalty of perjury, declares and says:

1. I am an attorney licensed to practice law in the State of New York and before the bars of the Southern and Eastern Districts of New York. I work associated with the law firm of Davis Wright Tremaine LLP, counsel to plaintiffs Paramount Pictures Corporation, Warner Bros. Entertainment Inc., Twentieth Century Fox Film Corporation, Columbia Pictures Industries, Inc., Universal City Studios LLC, Universal Studios Home Entertainment LLC, and Disney Enterprises, Inc. (collectively, "Plaintiffs").

2. I submit this declaration on behalf of Plaintiffs in support of their *ex parte* application for an order granting leave to serve process by email. Plaintiffs have made no prior application for this relief.

1

3. Attached hereto as Exhibit A are true and correct printouts, printed July 14, 2015, of: Singapore, http://www.hcch.net/index_en.php?act=states.details&sid=128; and Status Table, 14: Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, http://www.hcch.net/index_en.php?act=conventions.status&cid=17.

4. To effect service via email, Plaintiffs propose to use the registered email technology provider RPpost (www.rpost.com), that provides valid proof of authorship, content (email body and attachments), delivery and time sent and received. A white paper regarding this technology and its use, printed July 14, 2015 from http://www.rpost.com/pdf/registered_email_and_the_law_2005v.pdf, is annexed hereto as Exhibit B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of July 2015 in New York, New York.

_____
George P. Wukoson

DWT 27334803v1 0067328-000013