UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; WARNER BROS. ENTERTAINMENT INC.; TWENTIETH CENTURY FOX FILM CORPORATION; COLUMBIA PICTURES INDUSTRIES, INC.; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL STUDIOS HOME ENTERTAINMENT LLC; and DISNEY ENTERPRISES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN DOES, JANE DOES and/or XYZ CORPORATIONS d/b/a MOVIETUBE; and JOHN DOES, JANE DOES and/or XYZ CORPORATIONS 2-100, <br><br> Defendants. | Case No. 1:15-cv-05819-PAC <br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for *Amici Curiae* Google Inc., Facebook, Inc., Tumblr, Inc., Twitter, Inc., and Yahoo!, Inc.

I certify that I am admitted to practice before this Court.

-2-

| | |
|---|---|
| Dated:  August 10, 2015 | Respectfully submitted,<br><br>s/ *Jason B. Mollick*<br>JASON B. MOLLICK<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019<br>Phone: (212) 999-5800<br>Fax: (212) 999-5899<br>Email: jmollick@wsgr.com<br><br>*Counsel for Amici Curiae* |