UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; WARNER BROS. ENTERTAINMENT INC.; TWENTIETH CENTURY FOX FILM CORPORATION; COLUMBIA PICTURES INDUSTRIES, INC.; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL STUDIOS HOME ENTERTAINMENT LLC; and DISNEY ENTERPRISES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN DOES, JANE DOES and/or XYZ CORPORATIONS d/b/a MOVIETUBE; and JOHN DOES, JANE DOES and/or XYZ CORPORATIONS 2-100, <br><br> Defendants. | Case No. 1:15-cv-05819-PAC <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF *AMICUS CURIAE* GOOGLE INC.** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for *Amicus Curiae* Google Inc. states that Google Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

-2-

Dated: August 10, 2015               Respectfully submitted,

                                     s/ *Brian M. Willen*
                                     BRIAN M. WILLEN
                                     WILSON SONSINI GOODRICH & ROSATI
                                     Professional Corporation
                                     1301 Avenue of the Americas, 40th Floor
                                     New York, New York 10019
                                     Phone: (212) 999-5800
                                     Fax: (212) 999-5899
                                     Email: bwillen@wsgr.com

                                     *Counsel for Amicus Curiae Google Inc.*

-2-