**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

PARAMOUNT PICTURES CORPORATION; WARNER BROS. ENTERTAINMENT INC.; TWENTIETH CENTURY FOX FILM CORPORATION; COLUMBIA PICTURES INDUSTRIES, INC.; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL STUDIOS HOME ENTERTAINMENT LLC; and DISNEY ENTERPRISES, INC.,

      Plaintiffs,

v.

JOHN DOES, JANE DOES and/or XYZ CORPORATIONS d/b/a MOVIETUBE; and JOHN DOES, JANE DOES and/or XYZ CORPORATIONS 2-100,

      Defendants.

**CIVIL ACTION NO. 15-CV-5819 (PAC)**

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK    )
            ) ss:
COUNTY OF NEW YORK   )

John J. Arweiler, under penalty of perjury, declares and says:

  1.  I am not a party to this action, am over 18 years of age and am employed in New York, NY by Davis Wright Tremaine LLP, counsel to plaintiffs Paramount Pictures Corporation, Warner Bros. Entertainment Inc., Twentieth Century Fox Film Corporation, Columbia Pictures Industries, Inc., Universal City Studios LLC, Universal Studios Home Entertainment LLC, and Disney Enterprises, Inc. (collectively, "Plaintiffs").

  2.  On July 29, 2015, in accordance with this Court's order granting leave to serve process on Defendants via email at their associated email address firestudio@ymail.com [Dkt. No. 11], I served Defendants with true and correct copies of the following documents: Summons;

1

Complaint; Civil coversheet; Form AO121; Rule 7.1 Statement; *Ex Parte* Application for Email Service together with the declaration, memorandum of law and exhibits in support thereof; and the Application for Preliminary Injunction together with the declarations, memorandum of law and exhibits in support thereof.

John J. Arweiler

Sworn before me this
17th day of August, 2015

NOTARY PUBLIC

LORETTA E. PERRY
NOTARY PUBLIC, State of New York
No. 24-4931617
Qualified in Kings County
Commission Expires August 1, 2018

2