

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Roxanne Elings**
(212) 603-6416 tel
(212) 379-5226 fax

roxanneelings@dwt.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 18, 2015
```

August 17, 2015

The 8-18-15 hearing is marked off the calendar.  When the answer is filed, the Court will schedule a conference.  SO ORDERED - 8-18-15

*[signature]*

Paul A. Crotty, U.S.D.J

**BY ECF**

Hon. Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 14C
New York, New York 10007

Re:   *Paramount Pictures Corporation, et al. v. John Does, Jane Does and/or XYZ Corporations d/b/a/ MovieTube*, Case No. 15-cv-5819-PAC

Dear Honorable Judge Crotty,

We represent Plaintiffs in the above-titled action.  We write to inform the Court that after Plaintiffs filed their Complaint (and presumably in response thereto), Defendants shut down their infringing websites, and as of today, such websites remain offline.  Plaintiffs are no longer seeking preliminary injunctive relief at this time but will seek permanent relief as soon as possible.  Defendants' time to answer or otherwise respond is August 19, 2015.

Moreover, because Plaintiffs have withdrawn their motion for preliminary injunctive relief, the arguments offered by *Amici Curiae* (Dkt. No. 32-1) in opposition to that motion are not ripe for consideration and are otherwise inapplicable.  Accordingly, Plaintiffs have not addressed them here.  To the extent *Amici* are requesting what amounts to an advisory opinion, such a request is improper and should not be entertained.

Anchorage  New York    Seattle
Bellevue   Portland    Shanghai
Los Angeles San Francisco Washington, D.C.

www.dwt.com

August 17, 2015
Page 2

Respectfully Submitted,

DAVIS WRIGHT TREMAINE LLP

G. Roxanne Elings
(RoxanneElings@dwt.com)
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

cc: Brian M. Willen, Esq., *counsel for Amici Curiae* (by email)
John Does, Jane Does and/or XYZ Corporations d/b/a MovieTube; and John Does, Jane Does and/or XYZ Corporations 2-100, *Defendants* (by email)