UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; WARNER BROS. ENTERTAINMENT INC.; TWENTIETH CENTURY FOX FILM CORPORATION; COLUMBIA PICTURES INDUSTRIES, INC.; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL STUDIOS HOME ENTERTAINMENT LLC; and DISNEY ENTERPRISES, INC., <br><br>      Plaintiffs,<br>  v.<br><br>JOHN DOES, JANE DOES and/or XYZ CORPORATIONS d/b/a MOVIETUBE; and JOHN DOES, JANE DOES and/or XYZ CORPORATIONS 2-100,<br><br>      Defendants. | CIVIL ACTION NO. 15-CV-5819 (PAC)<br><br>[PROPOSED] **CLERK'S CERTIFICATE OF DEFAULT** |

  I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that: (1) this action commenced on July 24, 2015, with the filing of a Summons and Complaint; (2) a copy of the Summons and Complaint was served on each of the Defendants on July 29, 2015 via electronic mail pursuant to the Order Granting Leave to Serve Process by Email entered by the Court on July 29, 2015 [Dkt. No. 11]; and (3) proof of such service thereof was filed on August 17, 2015 [Dkt. No. 34].

  I further certify that the docket entries indicate that defendants John Does, Jane Does and/or XYZ Corporations d/b/a MovieTube and John Does, Jane Does and/or XYZ Corporations

1

2

2-100 have not filed an answer or otherwise moved with respect to the Complaint herein. The default of Defendants is hereby noted.

DATED:  New York, New York
            August ___, 2015

                                      **RUBY J. KRAJICK**
                                      Clerk of Court


                            By: _____
                                     Deputy Clerk