UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; WARNER BROS. ENTERTAINMENT INC.; TWENTIETH CENTURY FOX FILM CORPORATION; COLUMBIA PICTURES INDUSTRIES, INC.; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL STUDIOS HOME ENTERTAINMENT LLC; and DISNEY ENTERPRISES, INC.,<br><br>      Plaintiffs,<br>  v.<br><br>JOHN DOES, JANE DOES and/or XYZ CORPORATIONS d/b/a MOVIETUBE; and JOHN DOES, JANE DOES and/or XYZ CORPORATIONS 2-100,<br><br>      Defendants. | CIVIL ACTION NO. 15-CV-5819 (PAC)<br><br>**AFFIDAVIT OF GEORGE P. WUKOSON PURSUANT TO LOCAL RULE 55.1** |

STATE OF NEW YORK   )
            ) ss:
COUNTY OF NEW YORK  )

  George P. Wukoson, being duly sworn, deposes and says:

  1.  I am an attorney licensed to practice law in the State of New York and before the bars of the Southern and Eastern Districts of New York.  I work associated with the law firm of Davis Wright Tremaine LLP ("DWT"), counsel to the Plaintiffs Paramount Pictures Corporation; Warner Bros. Entertainment Inc.; Twentieth Century Fox Film Corporation; Columbia Pictures Industries, Inc.; Universal City Studios LLC; Universal Studios Home Entertainment LLC; and Disney Enterprises, Inc.

  2.  The Summons and Complaint in this action were properly served on Defendants John Does, Jane Does and/or XYZ Corporations d/b/a MovieTube and John Does, Jane Does

and/or XYZ Corporations 2-100 (collectively, "Defendants"). Proof of such service thereof was filed on August 17, 2015 [Dkt. No. 34].

3.   Upon information and belief, none of Defendants are infants, in the military or incompetent persons.

4.   Defendants have not been granted any extension of time to respond to the Complaint.

5.   Defendants have failed to answer or otherwise respond to the Complaint, or serve any answer or other response on Plaintiffs' attorneys of record.

_____
George P. Wukoson

Sworn to and subscribed before me,
this 20th day of August, 2014

_Christine K. Ulrich_
Notary Public

CHRISTINE K. ULRICH
NOTARY PUBLIC, State of New York
No. 01UL4656700
Qualified in Dutchess County
Commission Expires January 31, 2010 2018