USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-13-15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PARAMOUNT PICTURES
CORPORATION; WARNER BROS.
ENTERTAINMENT INC.; TWENTIETH
CENTURY FOX FILM CORPORATION;
COLUMBIA PICTURES INDUSTRIES,
INC.; UNIVERSAL CITY STUDIOS LLC;
UNIVERSAL STUDIOS HOME
ENTERTAINMENT LLC; AND DISNEY
ENTERPRISES, INC.;

Plaintiffs

v.

JOHN DOES, JANE DOES and/or XYZ
CORPORATIONS d/b/a MOVIETUBE; and
JOHN DOES, JANE DOES and/or XYZ
CORPORATIONS 2-100.

                    Defendants.

CIVIL ACTION NO. 15-CV-5819 (PAC)

ORDER TO SHOW CAUSE FOR
DEFAULT AND PERMANENT
INJUNCTION

---

Upon the accompanying affidavit of G. Roxanne Elings, sworn to the 12th day of November 2015, and exhibits annexed thereto, it is

ORDERED, that Defendants John Does, Jane Does and/or XYZ Corporations d/b/a MovieTube; and John Does, Jane Does and/or XYZ Corporations 2-100, collectively, "Defaulting Defendants," and each, individually, a "Defaulting Defendant") show cause before the Honorable Paul A. Crotty, located at United States Courthouse, 500 Pearl St, ~~40 Foley Square~~, in the City, County and State of New York, Court Room 14C, on Tuesday, November 24, 2015 at 11 o'clock a.m. ~~p.m.~~, or as soon thereafter as counsel may be heard, why judgment by default, pursuant to Fed. R. Civ. P. 55(b)(2), should not be entered, *inter alia*, (1) finding Defaulting Defendants liable for damages in the amounts stated in the accompanying papers; and (2) permanently enjoining and

1

restraining Defaulting Defendants' officers, agents servants and employees and any persons in active concert or participation with them from:

    a. Hosting, linking to, distributing, reproducing, copying, uploading, making available for download, indexing, displaying, exhibiting, publicly performing, communicating to the public, streaming, transmitting, or otherwise exploiting or making any use of any of Plaintiffs' Works or any portion(s) thereof in any form;

    b. Taking any action that directly or indirectly enables, facilitates, permits, assists, solicits, encourages or induces any user or other third party (i) to copy, host, index, reproduce, download, stream, exhibit distribute, communicate to the public, upload, link to, transmit, publicly perform, display or otherwise use or exploit in any manner any of Plaintiffs' Works or portion(s) thereof; or (ii) to make available any of Plaintiffs' Works for copying, hosting, indexing, reproducing, downloading, streaming, exhibiting, distributing, communicating to the public, uploading, linking to, transmitting, publicly performing or displaying, or for any other use or means of exploitation;

    c. Using Plaintiffs' Marks or any reproduction, counterfeit, copy or colorable imitation of Plaintiffs' Marks in connection with the distribution or advertising of any unauthorized copies of Plaintiffs' Works;

    d. Committing any acts calculated to cause users to believe that the Infringing Copies are authorized copies distributed, sponsored by, approved by, connected with, guaranteed by, or distributed under the control and/or supervision of Plaintiffs;

    e. Otherwise infringing Plaintiffs' Works, Plaintiffs' Marks, and/or damaging Plaintiffs' goodwill;

    f. Transferring or performing any function that results in the transfer of the registration of the domain names of the MovieTube Websites to any other registrant or registrar; and

    g. Assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in the above subparagraphs (a)-(f).

ORDERED, that service of a copy of this order, accompanying affidavit and proposed Default Judgment upon Defaulting Defendants or their counsel via e-mail on or before __November 16__, 2015, at 5p.m. shall be deemed good and sufficient service

thereof.

So Ordered:   New York, New York,

this /13th day of November, 2015

                                                                                                    Hon. Paul A. Crotty, U.S.D.J.

DWT 28205946v1 0067328-000013