
Davis Wright
Tremaine LLP

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

George P. Wukoson
(212) 603-6479 tel
(212) 379-5221 fax

georgewukoson@dwt.com

June 22, 2016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-27-16

BY ECF
Honorable Paul A. Crotty, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

SO ORDERED: 6-27-16

/s/ Paul A. Crotty

HON. FAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re:   Paramount Pictures Corporation, et al. v. Does, et al.,
      Civil Action No. 15-cv-05819 (PAC)

Dear Honorable Judge Crotty:

We write on behalf of plaintiffs Paramount Pictures Corporation, Warner Bros. Entertainment Inc., Twentieth Century Fox Film Corporation, Columbia Pictures Industries, Inc., Universal City Studios LLC, Universal Studios Home Entertainment LLC and Disney Enterprises, Inc. to respectfully request that Your Honor order the release of the preliminary injunction bond in this matter [Doc. No. 37] in light of issuance of the Default Judgment and Permanent Injunction Order [Doc. No. 46], superseding the prior preliminary injunction order.

Thank you for your consideration of this matter.

Respectfully submitted,

Davis Wright Tremaine LLP

/s/ George P. Wukoson

George P. Wukoson